James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Daye Halling,<br>       Debtor.<br>DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC,<br>       Movant,<br>vs.<br>Daye Halling, debtor; and<br>Lothar H. Goernitz, Trustee,<br>       Respondents. | No. 08-10042-GBN<br><br>Chapter 7<br><br><br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

       DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC, a creditor herein, hereby moves that this court enter an order granting it relief from the automatic stay of 11 U.S.C. Section 362(a) to permit it to exercise its rights of lien enforcement on personal property owned by the debtor and to obtain possession of the property. The bases of DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC's motion are set forth in the memorandum attached hereto.

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

DATED this 30th day of October 2008.

                    Poli & Ball, P.L.C.

                    By /s/ James E. Shively, #011712
                       James B. Ball
                       James E. Shively
                       2999 N. 44th Street, Suite 500
                       Phoenix, Arizona 85018
                       Attorneys for DCFS USA, LLC as
                       successor-in-interest to DC FIN SVCS
                       AMER LLC

# MEMORANDUM

On August 6, 2008, debtor commenced the above-captioned Chapter 7 case.

Debtor is presently obligated to DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC in the principal amount of $20,612.45, plus accrued and accruing interest, late charges, and attorneys' fees and costs ("the debt"). The debt is secured by a valid and perfected first priority security interest in the following described property:

      2006 JEEP GRAND CHEROKEE

      VIN # 1J4HS58N96C117491

("the collateral"). The debt and the lien securing the debt are evidenced by a MOTOR VEHICLE SECURITY AGREEMENT executed by debtor on January 30, 2006, and a lien filing receipt, copies of which are attached hereto as Exhibits A" and "B: and incorporated herein by reference.

The debtor has been in default to DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC since September 14, 2008.

The value of the collateral, less the amount of the debtor's exemption in the collateral, is not sufficient to satisfy the encumbrances against the collateral, accordingly, there is no equity in the collateral for the debtor's estate and the collateral is not necessary to an effective reorganization. Accordingly, DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(2).

1     DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC's interest in the collateral is not adequately protected. The debtor has failed to provide adequate protection for DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC's interest by making adequate protection payments or otherwise. The value of the collateral is decreasing while the debt to DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC is increasing. Therefore, DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(1).

DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC requests that the court enter an order relieving it from the automatic stay of 11 U.S.C. Section 362(a) as to the debtor and the bankruptcy estate and allowing DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC to exercise its rights of lien enforcement, and to obtain possession of the collateral.

DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC further requests that the court allow DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC to file an amended proof of claim for any deficiency balance within 30 days of disposition of the collateral or by the claims bar date, whichever is later.

//////

//////

//////

//////

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

DATED this 30th day of October 2008.

        Poli & Ball, P.L.C.

        By /s/ James E. Shively, #011712
          James B. Ball
          James E. Shively
          2999 N. 44th Street, Suite 500
          Phoenix, Arizona 85018
          Attorneys for DCFS USA, LLC as successor-in-interest to DC FIN SVCS AMER LLC

f:\apps\hotdocs\templates\arizona\mls purchase motion for relief from automatic stay.rtf